**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
CAROLYN MARY STERBACK,                :
                                                                          :
              Plaintiff,            :       23-CV-10180 (JGK) (OTW)
                                                                          :
           -against-                       :       **ORDER**
                                                                          :
KILOLO KIJAKAZI,                                  :
                                                                          :
          Defendants.                     :
                                                                          :
------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      The Court will hold an in-person status conference on **Thursday, January 23, 2025, at 10:00 a.m., in Courtroom 20D, 500 Pearl Street, New York, NY 10007**. The parties are directed to file by **Friday, January 17, 2025**, a joint proposed agenda for the conference apprising the Court on the status of this case.

      The parties are directed to meet and confer regarding whether they wish to consent to my jurisdiction over this case pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 739(b)(1). If the parties wish to consent, they must fill out and file on the docket the form found at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

      **SO ORDERED.**

                                                                            _s/ Ona T. Wang_
Dated: December 6, 2024                                **Ona T. Wang**
       New York, New York              United States Magistrate Judge