UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CAROLYN MARY STERBACK,                :
                                      :
                        Plaintiff,    :       23-CV-10180 (OTW)
                                      :
           -against-                  :       **ORDER**
                                      :
KILOLO KIJAKAZI,                      :
                                      :
                        Defendants.   :
                                      :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 22.

Plaintiff's request to reschedule the January 23, 2025, conference is **DENIED**, as the Court has pre-existing conflicts on Plaintiff's proposed alternative dates of January 6, 2025, and January 13, 2025. However, the Court is willing to change the <u>time</u> of the January 23 conference to 11:00 a.m. to enable Plaintiff to attend both this proceeding and their administrative hearing at 9:30 a.m.

The parties are directed to meet and confer and file a joint letter by **Monday, December 16, 2024**, informing the Court of whether the proposed change to January 23, 2025, at 11:00 a.m. works for both parties.

**SO ORDERED.**

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: December 13, 2024
       New York, New York