**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CAROLYN MARY STERBACK,

               Plaintiff,

               -against-

KILOLO KIJAKAZI,

               Defendants.
------------------------------------------------------------x

23-CV-10180 (OTW)

**ORDER**

      **ONA T. WANG, United States Magistrate Judge:**

      The Court held an in-person status conference on this matter on Thursday, January 30, 2025. As **ORDERED** at the conference, this case is hereby **REMANDED** for further administrative proceedings. On remand, the Administrative Law Judge should pay special attention to all available medical evidence when evaluating the existence and severity of Plaintiff's mental impairments, including treatment notes and medical opinions from Plaintiff's treating physician up to 2022. *See Latoya S. v. Commissioner of Social Security*, 22-CV-7045 (OTW), 2024 WL 1328381, at *2-3 (S.D.N.Y. Mar. 27, 2024) ("Where there are gaps in the administrative record or the ALJ has applied an improper legal standard, or where the ALJ's rationale is unclear, remand for further development of the evidence … is warranted.") (citing *Pratts v. Charter*, 94 F.3d 34, 39 (2d Cir. 1996) (internal quotations omitted).

The Clerk of Court is respectfully directed to close the case and all outstanding motions.

**SO ORDERED.**

Dated: January 30, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge