UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CAROLYN MARY STERBACK,

                Plaintiff,                              23 **CIVIL** 10180(OTW)

      -v-                                        **JUDGMENT**

MICHELLE KING,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 30, 2025, that the action be, and hereby is, remanded to the Commissioner of Social Security for further administrative proceedings.

**Dated:**  New York, New York

       January 31, 2025

                                                                             **TAMMI M. HELLWIG**
                                                                       **Clerk of Court**

                                          **BY:**
                                                                       **Deputy Clerk**